**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**25-CR-20358-BECERRA/TORRES**
CASE NO. _____

**IN RE SEALED INDICTMENT**

_____ /

**MOTION TO SEAL**

FILED BY____**BM**____D.C.

**Aug 14, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The United States of America respectfully requests that the Indictment, arrest warrant, and any resulting order be SEALED until the arrest of the defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: August 14, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:  /s/ _Almas Abdulla_

Almas Abdulla
Assistant United States Attorney
Court ID No.: A5503257
United States Attorney's Office
99 N.E. 4th Street, #633
Miami, FL 33132
(305) 961-9161
Almas.Abdulla@usdoj.gov