UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**25-CR-20358-BECERRA/TORRES**
CASE NO. _____

52 U.S.C. § 20511(2)(B)
18 U.S.C. § 611(a)

UNITED STATES OF AMERICA

v.

ORTENCIA BROWN,

    Defendant.

_____/

FILED BY_____BM_____D.C.

**Aug 14, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Casting a False Ballot
### (52 U.S.C. § 20511(2)(B))

On or about August 15, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ORTENCIA BROWN,**

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of Florida of a fair and impartially conducted election process by casting a ballot that she knew to be materially false and fraudulent under Florida law in an election for federal office, in violation of Title 52, United States Code, Section 20511(2)(B).

### COUNT 2
### Voting By an Alien
### (18 U.S.C. § 611(a))

On or about August 15, 2024, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ORTENCIA BROWN,**

an alien, did knowingly vote in an election held in part for the purpose of electing a candidate for the

office of President, Vice President, and Member of the House of Representatives, in violation of Title

18, United States Code, Section 611(a).

A TRUE BILL

FOREPERSON

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

ALMAS ABDULLA
ASSISTANT UNITED STATES ATTORNEY

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: __25-CR-20358-BECERRA/TORRES__

v.

ORTENCIA BROWN

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Court Division** (select one)

- ☑ Miami   ☐ Key West   ☐ FTP
- ☐ FTL   ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No ___
   List language and/or dialect: _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II   ☐ 6 to 10 days
   - III   ☐ 11 to 20 days
   - IV   ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No ___
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No ___
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No ___
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No ___

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No ___

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No ___

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No ___

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No ___

By: _____
Almas Abdulla
Assistant United States Attorney
SDFL Court ID No.   A5503257

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:  ORTENCIA BROWN

**Case No**:

Count 1:

Casting a False Ballot

Title 52, United States Code, Section 20511(2)(B)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000

Count 2:

Unlawful Voting by an Alien in Presidential Election

Title 18, United States Code, Section 611(a)
* **Max. Term of Imprisonment:** 1 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:**  $100,000

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**